**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONTE PARRISH,<br><br>Plaintiff,<br><br>v.<br><br>FRANK KLUYBER, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 3:24-cv-01805<br><br>(SAPORITO, J.) |

**ORDER**

**AND NOW**, this 11th day of August, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. 45) is **GRANTED**. The Clerk is directed to enter **JUDGMENT** in favor of defendants and against plaintiff.

2. The Clerk is directed to mark this case as **CLOSED**.

Dated: August 11, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge