AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

Donte Parrish
*Plaintiff*
v.
Frank Kluyber, et al.
*Defendant*

Civil Action No. 3:24-CV-1805

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: JUDGMENT is entered in favor of the defendants and against the plaintiff.

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Joseph F. Saporito, Jr. on a motion for Summary Judgment (Doc. 45).

Date: August 11, 2026

*CLERK OF COURT*

s/Mary Rose Schirra
*Signature of Clerk or Deputy Clerk*

Print Save As... Reset